**Order entered December 22, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00759-CV

**DALLAS INDEPENDENT SCHOOL DISTRICT AND MICHAEL L. WILLIAMS, COMMISSIONER OF EDUCATION, Appellants**

**V.**

**ADRIAN PETERS, Appellee**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-01850-I**

## ORDER

Before the Court is appellee/cross-appellant's December 19, 2014, first unopposed motion to extend time to file reply brief. We **GRANT** the motion and **ORDER** appellee/cross-appellant's reply brief be filed no later than February 4, 2015.

/s/  CRAIG STODDART
    JUSTICE